**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABRAHIM FATA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-2185** |
| | : | |
| **EDWIN ARCELLY,** *et al.*, | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 25th day of June, 2026, upon consideration of Plaintiff Abrahim Fata's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Exhibits

(ECF No. 5), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**